NUMBER 13-02-730-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________________


JACK RADDE, Appellant,


v.



JAIME GARZA, ET AL., Appellees.

____________________________________________________________________


On appeal from the 93rd District Court


of Hidalgo County, Texas.


____________________________________________________________________


MEMORANDUM OPINION



Before Justices Hinojosa, Yañez, and Garza


Opinion Per Curiam



 Appellant, JACK RADDE, perfected an appeal from a judgment entered by the 
 93rd District Court of Hidalgo County, Texas, in cause number C-5546-97-B. The
clerk's record was filed on December 30, 2002. The reporter's record was filed on
April 21, 2003. Appellant's brief was due on August 1, 2003. To date, no appellate
brief has been received.

 When the appellant has failed to file a brief in the time prescribed, the Court
may dismiss the appeal for want of prosecution, unless the appellant reasonably
explains the failure and the appellee is not significantly injured by the appellant's failure
to timely file a brief. Tex. R. App. P. 38.8(a)(1).

 On September 2, 2003, notice was given to all parties that this appeal was
subject to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellant was given ten
days to explain why the cause should not be dismissed for failure to file a brief. To
date, no response has been received.

 The Court, having examined and fully considered the documents on file,
appellant's failure to file a proper appellate brief, this Court's notice, and appellant's
failure to respond, is of the opinion that the appeal should be dismissed for want of
prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.

 

 PER CURIAM


Opinion delivered and filed this 

the 9th day of October, 2003